# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DAVID MCINTYRE,<br><br>Petitioner<br><br>v.<br><br>WILLIAM H. AMESBURY,<br><br>Respondent | : No. 134 MM 2014<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

AND NOW, this 8th day of October, 2014, the Petition for Writ of Mandamus is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.